## UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
## OFFICE OF THE CLERK

Lucinda Rauback  
Clerk of Court

125 Bull Street, Second Floor  
P. O. Box 8347  
Savannah, GA 31412  
(912) 650−4100

Lainie Saul  
Chief Deputy Clerk

Federal Justice Center  
600 James Brown Blvd.  
P.O. Box 1487  
Augusta, GA 30903  
(706) 823−6000

801 Gloucester Street, Third Floor  
Brunswick, GA 31520  
(912) 280−1376

September 9, 2019

Philip L. Rubin  
Attorney at Law  
5555 Glenridge Connector, Suite 900  
Atlanta, GA 30342

Re: Lillie Pearl Perry  
Case #18−11848−SDB  
Motion for Relief from Stay by Prestige Financial Services, Inc. and response by Trustee  
(Consent Order Continuing to October 10, 2019 at 2 pm)

Dear Attorney Rubin:

On August 28, 2019, a hearing was held on the matter(s) referenced above. At that hearing, an announcement was made that a consent order was forthcoming. As of today, no order has been received by the Clerk's office.

Please submit the same by September 16, 2019 or the matter(s) will be forwarded to the Judge for further action.

If you have any questions or concerns, please contact me.

Sincerely,

Jacqueline W. Bauknight  
Courtroom Deputy  
706−823−6021

*GASB−82 (rev 04/18)* **JWB**